**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 19-60527-CIV-DIMITROULEAS/VALLE

EDWARDO FONSECA,

    Plaintiff,

vs.

LYFE VISION LOGISTIC INC.,
LVL EMPIRE INC., MICHAEL CHIRINO,
and JESSICA CHIRINO,

    Defendants.
_____/

**ORDER ADOPTING REPORT OF MAGISTRATE JUDGE**

THIS CAUSE is before the Court on ATD Mediation & Arbitration P.A.'s Motion to Compel Defendants' Payment of Mediation Fee and for Fees and Costs ("Motion") [DE 35] and the Report and Recommendation of Magistrate Judge Valle [DE 39] (the "Report"). The Court notes that no objections to the Report [DE 39] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 39] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 39] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusion that the Motion [DE 39] should be granted.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 39] is hereby **ADOPTED** and **APPROVED**;

2. ATD's Motion to Compel Defendants' Payment of Mediation Fees and for Fees and Costs [DE 35] is **GRANTED**;

3. Defendants Lyfe Vision Logistics Inc., LVL Empire Inc., Michael Chirino, and Jessica Chirino are jointly and severally ordered to pay $1,050 in mediator's fees, $105.28 in interest through August 6, 2020, plus 12% annual interest from August 7, 2020 through the date of this Order, and $1,360 in attorney's fees.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 31st day of December, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record